**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

FEB 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| **JOSHUA JAMES FROST**,<br><br>Petitioner - Appellant,<br><br>v.<br><br>**RON VAN BOENING, Superintendent**,<br><br>Respondent - Appellee. | No. 11-35114<br><br>D.C. No. 2:09-cv-00725-TSZ<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.